STATE OF CONNECTICUT *v.* JOHN RIDDLE
(10183)

NORCOTT, FOTI and LANDAU, Js.

Submitted on briefs March 24—decision released April 14, 1992

*M. Leonard Caine III* filed a brief for the appellant (defendant).

*Rita M. Shair,* assistant state's attorney, *John Connelly,* state's attorney, *Eva Lenczewski,* assistant state's attorney, and *Russell L. Case,* law student intern, filed a brief for the appellee (state).

PER CURIAM. The judgment is affirmed.